No. 27,128.

MINNIE RISHEL, *Appellee*, v. THE COUNTY OF MCPHERSON et al.,
*Appellants.*

(257 Pac. 939.)

OPINION DENYING A REHEARING.

Appeal from McPherson district court; WILLIAM G. FAIRCHILD, judge.
Opinion disposing of post opinion motion filed July 9, 1927. (For original
opinion see 122 Kan. 741, 253 Pac. 586; opinion denying rehearing, 123 Kan. 414,
255 Pac. 979.)

*G. Nyquist,* county attorney, and *G. F. Grattan,* of McPherson, for the
appellants.

*Alexander S. Hendry,* of McPherson, *W. V. Hoagland* and *Edward E. Carr,*
both of North Platte, Neb., for the appellee.

The opinion of the court was delivered by

HARVEY, J.: This cause was submitted to this court on briefs
and oral argument at our January session. It was duly considered
by the court and decided the next month. The opinion is reported
in 122 Kan. 741, 253 Pac. 586. The time for filing a motion for
rehearing was twice extended at plaintiff's request, for reasons
deemed sufficient and which are no longer material. Plaintiff's
motion for rehearing was considered by the court and overruled
(123 Kan. 414, 255 Pac. 979). We have been asked to reconsider
the motion for rehearing. While this request is unusual, the court
has again considered the case in its entirety—the record as presented
and all briefs and arguments relating thereto. Some new questions,
not presented to the court below, are argued. These, of course, can-
not be considered. Upon a reconsideration of the case the court
adheres to its former opinion. Some of the papers filed by counsel
for plaintiff in this matter are impertinent. These are stricken
from the files.

BURCH, J., not sitting.

Appeal and Error, 3 C. J. p. 689 n. 41.